# STOCK & ASSOCIATES
## Consulting Engineers, Inc.

257 Chesterfield Business Parkway
St. Louis, MO 63005
(636) 530-9100 FAX (636) 530-9130
E-Mail: general@stockassoc.com

TO: City of Kirkwood – Board of Adjustment
139 S. Kirkwood Road
Kirkwood, MO 63122

## LETTER OF TRANSMITTAL

| DATE: | JOB NO: |
|---|---|
| 6/19/15 | 212-4988.2 |

ATTENTION: Mr. Ryan Spencer

RE: Vianney High School – Baseball Field Lighting
Synthetic Turf Field Project
Kirkwood, MO

WE ARE SENDING YOU: ☒ Attached  ☐ Under Separate cover via ___Delivery___ the following items:

☐ Shop Drawings ☐ Prints ☒ Plans ☐ Samples ☐ Specifications
☐ Copy of Letter ☐ Change Order ☐ _____

| Copies | Date | No. | Description |
|---|---|---|---|
| 12 | 6/18/15 | C4.0 | Site Plan – Color |
| 12 | 6/06/15 | 1 of 1 | Existing Survey Lighting Exhibit (11x17) |
| 12 | 3/27/13 | 1-3 of 3 | ALTA/ACSM Land Title Survey |
| 1 | 6/18/15 | 2 pgs. | Board of Adjustment Application |
| 1 | 6/18/15 | - | Application Fee ($500) |
| 1 | 6/18/15 | 3 pgs. | Request for Variance Letter |
| 1 | 6/18/15 | 1 pg. | Photometric Plan |

THESE ARE TRANSMITTED as checked below:

☒ For Approval   ☐ Approved as Submitted   ☐ Resubmit ____ copies for approval
☐ For your use   ☐ Approved as noted       ☐ Submit ____ copies for distribution
☒ As requested   ☐ Returned for corrections ☐ Return ____ corrected prints
☐ For review and comment  ☐ _____
☐ FOR BIDS DUE _____ 20 ____   ☐ PRINTS RETURNED AFTER LOAN TO US

**REMARKS:**
Dear Ryan, pursuant to our telephone conversation earlier this week, enclosed please find twelve (12) copies of the Site Plan, Survey, Lighting Exhibit and Variance Request application for the proposed project referenced above for your approval. The proposed project is the renovation and conversion of an existing grass baseball field to a new synthetic turf field. The project includes new lighting for the field, which is the basis for the Variance Request. Please contact our office with any questions. Thanks.

Sincerely,

SIGNED: _____
George M. Stock, P.E. - President

COPY TO:
Tim Stock, Executive Vice-President
Doug Bruns, P.E., Vice-President – Engineering
Jacob Buening, P.E., Associate
Mike Loyet, Vianney (mloyet@vianney.com)

**EXHIBIT "4"**

Electronically Filed - St Louis County - January 03, 2017 - 04:31 PM

# Board of Adjustment Variance Application  Case #_____

*\*A pre-submittal meeting is required; please call (314) 984-6943 to schedule.*

An appointment with staff is required prior to the submittal of a variance application. Your meeting with staff will assist you in preparing your submittal information and help to prevent delays in the process and review of your application by the Board of Adjustment. Please contact TaMara Pelkey, Building Secretary to schedule an appointment at 314-984-6943.

**Project Address:** __1311 S. Kirkwood Road__    **Zoning District** __R3-Single__ Family

The following documents must be submitted with the completed application:

- Twelve (12) copies of a Sealed Missouri Minimum Standards Boundary Survey showing:
    - Property lines and property dimensions
    - Location, size and shape of any structures presently on the site
    - Location, size and shape of any proposed structures, elevation plans for side and rear variances
    - Dimensions showing front, side and rear yard setbacks
    - Dimensions showing distance of structures and proposed structures from property lines
    - If you are requesting a front yard variance for an interior lot located between two (2) improved lots we will need sealed surveys of the front yard setbacks of the improved lots.
    - If you are requesting a front yard variance for a lot located (1) between an improved lot and a vacant lot (2) between an improved lot and a street or (3) between a vacant lot and a street, we will need sealed surveys of the front yard setbacks of every improved lot within a specified distance (as determined by the Zoning District) in the same block and on the same street frontage.
    - The existing grade at the center of the foundation for the proposed structure and the residences on each side of the property (within 200 ft. for a corner lot)
    - The finished first floor height for the proposed residence and for the homes on each side of the property (within 200 ft. for a corner lot)
- Twelve (12) copies of additional drawings that clearly present the facts relating to this appeal
- One (1) copy of a hardship letter giving a brief narration setting forth the specific grounds of the request, a written description of location/distance from property lines, and variance requested.
- A $240 non-refundable filing fee for additions, alterations to existing single-family and accessory structures to existing single-family residences such as shed, garages, and swimming pools, or a $500 non-refundable filing fee for all others not listed above, plus $50 fee for each additional variance request on the same application.

---

**Type of Work:**  ☐ New Construction   ☐ Addition   ☒ Other __Baseball Field Renovation/Conversion to Turf__
**Type of Structure:** ☐ Single-family   ☐ Multi-family   ☐ Commercial   ☒ Other __Baseball Field__
Has a previous variance application been filed on these premises within the last three (3) years?  ☐ Yes   ☒ No
*If yes, provide available information that may affect this application.*

---

I hereby certify that all the information provided, and that contained in any supporting documents submitted, are true and accurate to the best of my knowledge and belief.

### Applicant Information
☐ Property Owner   ☐ Occupant   ☐ Contractor   ☐ Architect   ☒ Other __Engineer__
Name: __Stock & Associates Consulting Engineers, Inc.__   Phone __636-530-9100__
Address: __257 Chesterfield Business Parkway__   City/State/Zip __Chesterfield, MO 63005__
Applicants Signature: _____   Date __6/18/15__

### Property Owner Information (if different from above)
Name: __Marist Province of the United States (Vianney)__   Phone __314-965-4853 ext. 112__
Address: __1311 S. Kirkwood Road__   City/State/Zip __Kirkwood, MO 63122__
Owner's Signature: __Michael Loyet__   Date __6/18/15__

Pursuant to the provisions of Ordinance No. 10103, application is hereby made to vary or modify the order, requirement, decision or ruling of the Building Commissioner or to vary or modify the application of the regulations or provisions of the Zoning Code of the City of Kirkwood, Missouri.

*The required documents have been reviewed and approved for submittal to apply for a variance from the Board of Adjustment.*

Received by: _____   Date: _____

139 S. Kirkwood Rd. Kirkwood, MO  63122  (314) 984-6943  Fax (314) 822-5898

General Information
1. Board of Adjustment members are an appointed group of volunteer citizens.
2. Site visits will be made by the board members prior to the meeting date.
3. Your street address should be visible on the front of the home.
4. Please do not staple together information that you submit, or attempt to assemble in "packet" form.
5. Board of Adjustment hearings are generally held on the second Monday of the month, and at such other times as the board may determine necessary.
6. All information must be submitted twenty-four (24) calendar days prior to the hearing date.
7. The agenda for the board will only accommodate six (6) cases per hearing date.
8. Variance request are reviewed and determined at the scheduled hearing date. Applicants are required to present their cases and answer questions from board members. The Board reserves the right to table applications pending submittal of additional information. All decisions are final and CAN NOT be re-heard. Variances denied may be appealed in circuit court.

Hardship Letter Information (The following information must be contained in the hardship letter):
1. A description of the intended addition or improvement including description of location/distance from property lines.
2. Written description of setbacks which will be violated and variance requested from the Zoning Code.
3. Written description of the practical difficulties or unnecessary hardships which will occur if the strict letter of the Zoning Code is applied.

Site Plan Information (The site plan must contain the following):
1. Name and address of property owner, address of project
2. Location and dimensions of parking areas and/or driveways
3. Identification of adjacent streets
4. Basements located on property
5. A North arrow, identification of drawing scale, i.e., 1"=20'
6. Property lines and property dimensions
7. Location, size and shape of any structures presently on the site
8. Location, size, and shape of any proposed structures
9. Dimensions showing front, side and rear yard setbacks
10. Dimensions showing distance of structures and proposed structures from property lines
11. Show existing grades at the center of foundation for proposed structure and the residences on each side of property(within 200 ft. for corner lots)
12. Show the finished first floor height for the proposed structure and the residences on each side of property (within 200 ft. for corner lots)

## BOARD OF ADJUSTMENT - SUBMITTAL SCHEDULE- 2015

*The Board of Adjustment reviews a maximum of 6 cases per meeting. The meeting schedule and submittal schedule follows:*

\*Date by which application must be submitted for review by Building Commissioner's Office for processing. Incomplete applications will be returned

\*\*Date application will be presented to Board of Adjustment by petitioner.

*Schedule is subject to change.*

| LAST DATE FOR SUBMITTAL* | BOARD OF ADJUSTMENT MEETING DATE** |
|---|---|
| December 19, 2014 | January 12, 2015 |
| January 16, 2014 | February 9, 2015 |
| February 13, 2015 | March 9, 2015 |
| March 20, 2015 | April 13, 2015 |
| April 17, 2015 | May 11, 2015 |
| May 15, 2015 | June 8, 2015 |
| June 19, 2015 | July 13, 2015 |
| July 17, 2015 | August 10, 2015 |
| August 21, 2015 | September 14, 2015 |
| September 18, 2015 | October 12, 2015 |
| October 16, 2015 | November 9, 2015 |
| November 20, 2015 | December 14, 2015 |
| December 18, 2015 | January 11, 2016 |

Electronically Filed - St Louis County - January 03, 2017 - 04:31 PM



*Office of the President*

1311 S. Kirkwood Road, St. Louis, MO 63122
p.314.965.4853  f.314.965.1950
www.vianney.com

June 18, 2015

TO: Board of Adjustment of City of Kirkwood
RE: Request for lighting variance

The purpose of this letter is to support our request for a lighting variance on a new synthetic field being built at the location of the existing baseball field.

We are building a new baseball field in the same location as our current field. It will be an entirely turfed field to allow for more playing time and a much safer environment. Part of the project includes the installation of lights.

It is my understanding that Vianney is within its legal rights to install lights as long as the lighting plan which is submitted by a registered design professional meets the code requirements for the City of Kirkwood. Therefore, this request is not about installing lights or not installing lights but rather about installing the quality of lights that will provide for the safety of all users.

Section 1040.1 under Kirkwood's Lighting Regulations provides developmental standards intended to strike a balance of safety and aesthetics by providing lighting regulations that protect drives and pedestrians from glare and <u>reduce to reasonable limits the trespass of artificial lighting</u> onto neighboring properties and public or private right of way.

The above underlined statement seems to be the issue at hand.  Code states that the maximum illumination level at property lines adjacent to single family residential uses shall be less than or equal to 0.1 footcandles  (fc) at finished grade.

For the past nine months, we have been working with Todd Stych from Musco, George Stock from Stock and Associates and Don Bolinger from ATG Sports to find a solution to this issue. The bottom line is that no plan has been or can be conceived that will properly light the playing field and meet the .01 footcandle requirement at the property line. Therefore, we are asking for a variance for the lighting plan.

A well-lit high school baseball field that is uniformly lit and properly illuminated for players to safely see the ball and play the game is considered to be 70 footcandles on the infield area and 50 footcandles in the outfield. This is the current design submitted by Musco Lighting.

The recommended lighting plan presented by Musco has a range of .01 to 5.1 along the property line behind right field and right center field. The average for the area affected is 1.29 footcandles.

*A college preparatory school in the Catholic/Marianist tradition founded in 1960.*



*Office of the President*

1311 S. Kirkwood Road, St. Louis, MO 63122
p.314.965.4853  f.314.965.1950
*www.vianney.com*

Vianney is requesting that the Board of Adjustment see this as a reasonable request based upon the following points:

1. The photometric plan indicating the point-by-point footcandle layout of the site does not take into account any of the fences, current trees or other plantings that will help block the illumination. The right field fence will be 15' high and many of the trees go well beyond that height. We assume the code was written with no type of screening to counter the photometric plans. These items will further reduce the footcandle illumination along the property line.

2. Todd Stych, the rep for Musco Lighting, the leader in lighting solutions, shared that the naked eye could not distinguish between a footcandle difference of 0.1 and 1.0. Therefore, though the numbers may seem to exceed the required code by a considerable degree, in reality, it is negligible for a visible impact to the property owner.

3. Current code states the maximum allowable level to be .1 at the property line. In reality, that is approaching a zero tolerance level yet the Kirkwood Code states that the goal is to reduce artificial light to a reasonable level not a non-existent level.

4. In analyzing the properties actually affected, all but two of the homes are located off the property line far enough that their living space would not be impacted. And to repeat, items in #1 above help to address this issue.

5. When Vianney announced this field project in early June, I visited every home that was affected by the photometric design to share our plans. Each resident was given a description of the project and my contact information. For those residents who were not home, I requested that they contact me with any questions or concerns. Not one neighbor expressed a concern about the project. I would hope this remains true to date.

6. Currently, there is a gap in the fence running along the affected property line at the end of Forest Glen Road. When speaking with Mr. David Powell, the property owner whose home boarders our property in center field, he shared with me that the neighbors would appreciate that part of the fence being added back. We would certainly honor that request and go a step further to plant a few trees to help block the light.

*A college preparatory school in the Catholic/Marianist tradition founded in 1960.*



*Office of the President*

1311 S. Kirkwood Road, St. Louis, MO 63122
p.314.965.4853  f.314.965.1950
*www.vianney.com*

7. The following questions may be asked:

   a. ***Why do you need a new athletic field with lights?*** We have numerous safety issues that must be addressed. For example, the fields are uneven and slope in multiple directions, fields are not regulation size, athletes must maneuver around trees, parking lots, fences, electrical boxes, buildings and driveways. These obstacles present unnecessary dangers to our students. The new field will address all these issues but without lights, the limited daylight time would prevent all our students athletes from taking advantage of the safe new field.

   b. ***Why place the new field in this location on the property?*** We have no other options because of the space required to have a regulation baseball field with the necessary dugouts, bullpens and batting cages. Literally, there is no other place on campus for a baseball field. That is why the current field is in the same location.

   c. ***Why light the field?*** We are responding to the needs of our students and families. Athletics are an integral part of the formation of our young men. We must continue to offer new opportunities for our students to be involved in athletics. We need more space and available playing time to accommodate all our teams and athletes. For example, our baseball program has four teams and all four teams have a full practice schedule and full game schedule. We have one baseball field to accommodate all the teams, practices and games. Unfortunately, in the spring of the year the field is wet and unplayable many times. The new artificial turf and lights will provide the much needed field availability for our student athletes to practice and compete.

In conclusion, I believe that for the past fifty five years, Vianney has been an integral part of the City of Kirkwood. We have worked in conjunction with the City, local businesses, and our residential neighbors while providing a valuable and necessary service to the community. We are continually striving to improve our campus and the experience for all who visit our campus. Therefore, we respectfully request that you grant a variance to Vianney when we install lights on our field. The variance will allow for the proper quality lights that are safe for all participants while reasonably limiting the lighting on neighboring properties.

Respectfully,

*Mike Loyet*

Michael Loyet '77
President

*A college preparatory school in the Catholic/Marianist tradition founded in 1960.*

**ST. JOHN VIANNEY HIGH SCHOOL** ST. LOUIS, MO 63122-7299

CHECK NO. 051464

| INVOICE NO. | INV. DATE | DESCRIPTION | AMOUNT DUE | DISCOUNT | AMOUNT PAID |
|---|---|---|---|---|---|
|  | 6/18/15 | City of Kirkwood |  |  | 500.00 |

---

THIS DOCUMENT HAS A BLUE BACKGROUND AND A MICROPRINT SIGNATURE LINE

**ST. JOHN VIANNEY HIGH SCHOOL**
1311 SOUTH KIRKWOOD
SAINT LOUIS, MO 63122-7299
314-965-4853

 **Commerce Bank**
Kirkwood, Missouri 63122
www.commercebank.com
18-1-1010

CHECK NO. 051464

| DATE | CHECK NO. |
|---|---|
| 6/18/2015 | 051464 |

FIVE HUNDRED AND 00/100 DOLLARS

CHECK AMOUNT
$500.00

PAY TO THE ORDER OF   City of Kirkwood

AUTHORIZED SIGNATURE

⑈051464⑈ ⑆081004591⑆ 2400143718⑈

Electronically Filed - St Louis County - January 03, 2017 - 04:31 PM

Electronically Filed - St Louis County - January 03, 2017 - 04:31 PM

SITE IMPROVEMENT PLANS FOR:
VIANNEY HIGH SCHOOL
BASEBALL / SOCCER TURF FIELD
1311 SOUTH KIRKWOOD ROAD, KIRKWOOD, MO 63122
PREPARED BY:
Stock & Associates
Consulting Engineers, Inc.
1 of 1
FOREST GLEN
GRAPHIC SCALE









