**17SL-CC00078**

Lights Approval

# St.John Vianney HIGH SCHOOL

Loyet, Mike <mloyet@vianney.com>

## Vianney - Baseball Field Lighting (4988.3)
3 messages

---

**Jacob Buening** <jacob.buening@stockassoc.com>     Tue, Jun 23, 2015 at 10:26 AM
To: George Stock <george.stock@stockassoc.com>, "mloyet@vianney.com" <mloyet@vianney.com>
Cc: Tim Stock <tim.stock@stockassoc.com>

Mike, George,

I just received a call from Ryan Spencer at the City of Kirkwood. He indicated they reviewed our Variance Request submittal and photometrics with the City Attorney and they have determined the situation to be "less non-conforming" and therefore we <u>do not need</u> a Variance. They are going to refund the submittal fee. The project is free to move forward with the light installation assuming any applicable building permit requirements have been met.

Thanks,
  Jake.

**Jacob Buening, P.E.**

Associate

Stock & Associates Consulting Engineers Inc.

257 Chesterfield Business Parkway

Chesterfield, Missouri 63005

PH: 636.530.9100

Fax: 636.530.9130

Cell: 314.283.5898

jacob.buening@stockassoc.com

Stock & Associates Consulting Engineers, Inc. reserves all copyright rights, but grants a temporary license to the recipient to use the materials contained in the attached computer data file for use in development of recipient's work associated with this project. Stock & Associates Consulting Engineers, Inc. does not warrant the accuracy of any information contained on said data file. Stock & Associates Consulting Engineers, Inc. assumes no liability for unauthorized alterations and alterations to the information contained herein.

**EXHIBIT "5"**

---

**George Stock** <george.stock@stockassoc.com>     Tue, Jun 23, 2015 at 10:26 AM
To: Jacob Buening <jacob.buening@stockassoc.com>
Cc: "mloyet@vianney.com" <mloyet@vianney.com>, Tim Stock <tim.stock@stockassoc.com>

Electronically Filed - St Louis County - January 03, 2017 - 04:31 PM

Mike, Sounds like things worked out as you mentioned in our conversation they may. Great News! Thx.. George

Sent from my iPad
[Quoted text hidden]

---

**George Stock** <george.stock@stockassoc.com>  Tue, Jun 23, 2015 at 10:33 AM
To: Jacob Buening <jacob.buening@stockassoc.com>
Cc: "mloyet@vianney.com" <mloyet@vianney.com>, Tim Stock <tim.stock@stockassoc.com>

This morning, not they may

Sent from my iPad
[Quoted text hidden]

Electronically Filed - St Louis County - January 03, 2017 - 04:31 PM



Loyet, Mike <mloyet@vianney.com>

## Vianney H.S. - Baseball Field Lighting
3 messages

---

**Jacob Buening** <jacob.buening@stockassoc.com>  Tue, Jun 23, 2015 at 11:31 AM
To: "spencerm@kirkwoodmo.org" <spencerm@kirkwoodmo.org>
Cc: George Stock <george.stock@stockassoc.com>, "mloyet@vianney.com" <mloyet@vianney.com>

Ryan,

Thanks for the call this morning. Will you be including a letter, with the refunded check, indicating the City has determined a variance is not required for the baseball field lighting?

Thanks again!

Jacob Buening, P.E.

Associate

Stock & Associates Consulting Engineers Inc.

257 Chesterfield Business Parkway

Chesterfield, Missouri 63005

PH: 636.530.9100

Fax: 636.530.9130

Cell: 314.283.5898

jacob.buening@stockassoc.com

Stock & Associates Consulting Engineers, Inc. reserves all copyright rights, but grants a temporary license to the recipient to use the materials contained in the attached computer data file for use in development of recipient's work associated with this project. Stock & Associates Consulting Engineers, Inc. does not warrant the accuracy of any information contained on said data file. Stock & Associates Consulting Engineers, Inc. assumes no liability for unauthorized alterations and alterations to the information contained herein.

---

**Ryan M. Spencer** <spencerm@kirkwoodmo.org>  Tue, Jun 23, 2015 at 12:49 PM
To: Jacob Buening <jacob.buening@stockassoc.com>
Cc: George Stock <george.stock@stockassoc.com>, "mloyet@vianney.com" <mloyet@vianney.com>

Jacob,

Please accept this email as official record.

The City of Kirkwood has determined that the proposed variance is not required as the a currently, non-conforming situation is being made less non-conforming. Please proceed forward with the project.

Regards,

**Ryan Spencer, AICP**

City Planner

City of Kirkwood

(p) 314 984-5907

(f) 314 822-5893

www.kirkwoodmo.org



---

**From:** Jacob Buening [mailto:jacob.buening@stockassoc.com]
**Sent:** Tuesday, June 23, 2015 11:31 AM
**To:** Ryan M. Spencer
**Cc:** George Stock; mloyet@vianney.com
**Subject:** Vianney H.S. - Baseball Field Lighting

[Quoted text hidden]

---

**Jacob Buening** <jacob.buening@stockassoc.com>   Tue, Jun 23, 2015 at 12:53 PM
To: "Ryan M. Spencer" <spencerm@kirkwoodmo.org>
Cc: George Stock <george.stock@stockassoc.com>, "mloyet@vianney.com" <mloyet@vianney.com>

Thanks Ryan!

**Jacob Buening, P.E.**

Associate

Stock & Associates

Cell: 314.283.5898

---

**From:** Ryan M. Spencer [mailto:spencerm@kirkwoodmo.org]
**Sent:** Tuesday, June 23, 2015 12:50 PM
**To:** Jacob Buening
**Cc:** George Stock; mloyet@vianney.com
**Subject:** RE: Vianney H.S. - Baseball Field Lighting

[Quoted text hidden]