## Project Submittal: Approval

August 11, 2015

Mike Loyet
St John Vianney High School
1311 South Kirkwood Road
Saint Louis, MO  63122

RE:   Saint John Vianney High School
      Project #171842

Dear Mr. Mike Loyet,

This letter is to serve as our request for approval of submittals for production provided by Musco Sports Lighting, LLC. Please review the enclosed documents for accuracy and note changes where appropriate. Upon your approval, we can begin custom fabrication of the materials for your project.

The following items need verified prior to beginning the manufacturing process:

- Pole locations as shown on equipment layout or scans

We shall deliver equipment to the job site 4 - 6 weeks, after submittal approval or release of order.

Please indicate your approval of these submittals in their entirety by signing below.

_____        _____
Authorized Signature             Date

_____        _____
Printed Name                     Company Name

Please return one copy of this form to:

MUSCO SPORTS LIGHTING, LLC.
Attn:  Matt Stranberg
2107 Stewart Road
Muscatine, Iowa 52761
Phone: 800-756-1205
Fax: 800-374-6402

musco



EXHIBIT "6"

Saint John Vianney High School, 171842

MUSCO LIGHTING SUBMITTAL FOR PRODUCTION
PREPARED FOR:

# Saint John Vianney High School

Baseball Lighting Project
Saint Louis, MO
August 11, 2015

Project #171842

*Submitted by:*

**Musco Sports Lighting, LLC**

2107 Stewart Road
Muscatine, Iowa 52761
Local Phone: 563-263-2281
Toll Free: 800-756-1205
Fax: 800-374-6402



We Make It Happen.

This information is provided by Musco exclusively for this project. Reproduction or distribution of the enclosed documents or information without the written permission of Musco Sports Lighting, LLC is

**Project Submittal: Table of Contents**

### A. BILL OF MATERIALS

### B. LIGHTING DESIGN
Computer Model – Light Level Scans
Drawing # 171842-D, dated 14-Jul-15

### C. LIGHTING CONTACTOR CABINETS
System Summary – Drawing # 171842P1V1-0811110903, dated 11-Aug-15

### D. STRUCTURAL INFORMATION
Drawing # 171842

### E. WARRANTY
Musco 10/2 Warranty

### F. PRODUCT INFORMATION
Pole Configuration Drawings
Light-Structure Green Component Drawings
Lighting Contactor Cabinet Datasheet
Smart Lamp 1500W_60Hz Datasheet
UL Letter



Saint John Vianney High School, 171842

# B. LIGHTING DESIGN



| Luminaires | | | |
|---|---|---|---|
| LAMP TYPE | QTY/POLE | THIS GRID | OTHER GRIDS |
| 00W MZ | 7 | 7 | 0 |
| 00W MZ | 16 | 16 | 0 |
| 00W MZ | 10 | 10 | 0 |
| | 66 | 66 | 0 |





## MY PROJECT
Name: Saint John Vianney High School Base Soccer
Location: Saint Louis, MO

## GRID SUMMARY
Name: Property Line Spill
Spacing: 30.0'
Height: 3.0' above grade

## CONSTANT ILLUMINATION
SUMMARY — MAX VERTICAL FOOTCAN[DLES]

Entire Grid
Scan Average: 2.5890
Maximum: 10.72
Minimum: 0.14
No. of Points: 53

LUMINAIRE INFORMATION
Luminaire Type: Green Generation
Design Usage Hours: 5,000 hours
Design Lumens: 134,000
Avg Lamp Tilt Factor: 0.999
No. of Luminaires: 66
Avg KW: 103.22 (112.2 max)

**Guaranteed Performance:** The CONSTANT ILLUMINATION described above is guaranteed for the design usage hours of the system.

**Field Measurements:** Illumination measured in accordance with IESNA LM-5-04 and CIBSE LG4. Individual values may vary. See the Warranty document for details.

**Electrical System Requirements:** Refer to Amperage Draw Chart and/or the "Musco Control System Summary" for electrical sizing.

**Installation Requirements:** Results assume +/- 3% nominal voltage at line side of the ballast and structures located within 3 feet (1m) of design locations.

## ENGINEERED DESIGN
By: Joel Stout

| iminaires | QTY/POLE | THIS GRID | OTHER GRIDS |
|---|---|---|---|
| / MZ | 7 | 7 | 0 |
| / MZ | 16 | 16 | 0 |
| / MZ | 10 | 10 | 0 |
| | 66 | 66 | 0 |





## MY PROJECT
**Name:** Saint John Vianney High School Baseball Soccer
**Location:** Saint Louis, MO

## GRID SUMMARY
**Name:** Property Line Spill
**Spacing:** 30.0'
**Height:** 3.0' above grade

## CONSTANT ILLUMINATION
SUMMARY                                  HORIZONTAL FOOTCANDLES

Entire Grid
**Scan Average:** 0.9750
**Maximum:** 5.17
**Minimum:** 0.01
**No. of Points:** 53

LUMINAIRE INFORMATION
**Luminaire Type:** Green Generation
**Design Usage Hours:** 5,000 hours
**Design Lumens:** 134,000
**Avg Lamp Tilt Factor:** 0.999
**No. of Luminaires:** 66
**Avg KW:** 103.22 (112.2 max)

**Guaranteed Performance:** The CONSTANT ILLUMINATION described above is guaranteed for the design usage hours of the system.

**Field Measurements:** Illumination measured in accordance with IESNA LM-5-04 and CIBSE LG4. Individual values may vary. See the Warranty document for details.

**Electrical System Requirements:** Refer to Amperage Draw Chart and/or the "Musco Control System Summary" for electrical sizing.

**Installation Requirements:** Results assume +/- 3% nominal voltage at line side of the ballast and structures located within 3 feet (1m) of design locations.

Pole location(s) ⊕ dimensions are relative to 0,0 reference point(s) ⊗

## ENGINEERED DESIGN
**By:** Joel Stout
**File # / Date:** 171842-D                14-Jul-15

Not to be reproduced in whole or part without the written consent of Musco Sports Lighting, LLC. ©1981, 2015 Musco Sports Lighting, LLC.

Electronically Filed - St Louis County - January 03, 2017 - 04:31 PM