17SL-CC00078

Electronically Filed · St Louis County · January 03, 2017 - 04:31 PM



SITE IMPROVEMENT PLANS FOR:

VIANNEY HIGH SCHOOL

BASEBALL / SOCCER TURF FIELD

1311 SOUTH KIRKWOOD ROAD, KIRKWOOD, MO 63122

PREPARED BY:

STOCK & ASSOCIATES
Consulting Engineers, Inc.

**EXHIBIT "7"**