Electronically Filed - St Louis County - January 03, 2017 - 04:31 PM

17SL-CC00078

# AUTHORIZED

## CITY OF KIRKWOOD

BUILDING COMMISSIONER'S OFFICE
139 SOUTH KIRKWOOD ROAD
KIRKWOOD, MISSOURI 63122
314-822-5823

A building permit was issued for this structure, and it is authorized to be constructed in accordance with the approved plans.

**THE APPROVED PLANS AND PERMIT SHALL BE ON SITE AT ALL TIMES**

DATE ISSUED **10-15-15** PERMIT NUMBER _____

ADDRESS                                    UNIT OR LOT
*1311 S. Kirkwood*

CONSTRUCTION TYPE *Ball Field Dug-Outs*
*& Light Standards*

THIS NOTICE SHALL BE DISPLAYED IN A PROMINENT PLACE VISIBLE FROM THE STREET UNTIL FINAL APPROVAL IS GIVEN BY THE CODE OFFICIAL.

**EXHIBIT "8"**

Case: 4:17-cv-00805-RLW   Doc. #: 5-8   Filed: 03/01/17   Page: 2 of 4 PageID #: 219

Electronically Filed - St Louis County - January 03, 2017 - 04:31 PM

AFFIX TO FRONT WINDOW TO ALLOW VISION FROM STREET

**KEEP POSTED AT ALL TIMES**

# RECORD OF INSPECTIONS

ADDRESS _1311 S. Kirkwood_ PERMIT NUMBER _16-2477_

INSPECTION REQUEST ARE REQUIRED TO BE MADE 24 HOURS IN ADVANCE

CALL 314-822-5823  
BUILDING COMMISSIONER'S OFFICE

CALL 314-822-5884  
FIRE MARSHAL'S OFFICE

139 SOUTH KIRKWOOD ROAD  
KIRKWOOD, MISSOURI 63122

- Footing/Piers_____
- Foundation_____
- Geo-grid_____
- Framing _WW 11/4/15_
- Insulation_____
- Drywall_____
- Plumbing-Ground Rough_____
- Plumbing- Rough-in_____
- Plumbing-Sewer Connection_____
- Plumbing-Water Service_____
- Plumbing- Final_____
- Fire-Alarm System_____
- Fire-Suppression System_____
- Fire-Rough_____
- Fire-Final _____
- Electric-Ground Rough/Trench_____
- Electric-Rough-in_____
- Electric- Temp. Service_____
- Electric- Final _12-24-15_ _[signature]_
- Mechanical Rough_____
- Mechanical Final_____
- Site Conditions/Grading_____
- Driveway Initial /Final_____
- Building- Final_____
- Occupancy Approval_____

NOTICE  
Electric Rough Inspection Approved  
This Department must be notified and a Final Inspection made when all electrical work is complete.  
Date _10-20-15_ No. _15-10123_ Inspector _[signature]_  
Memo _Trench Covert w/ [illegible]_

Dept. of Public Works – St. Louis County  
Division of Code Enforcement  
Electrical Inspections – (314) 615-3722  
41 South Central · Clayton, MO 63105

Not all inspections are required on each project. See permit for the specific required inspections.

The permitee shall be responsible for the maintenance of this sign until final inspections are completed and approved

```
                  CITY OF KIRKWOOD - DEPARTMENT OF PUBLIC SERVICES
                  BUILDING COMMISSIONER'S OFFICE
                  139 S. KIRKWOOD ROAD    KIRKWOOD, MISSOURI  63122
                  FAX:  314-822-5898           PHONE: 314-822-5823
                  BUILDING PERMIT
------------------------------------------------------------------------------
                                                              Page       2
         Application Number . . . . . .  16-00002477          Date  10/15/15
         Property Address . . . . . . .  1311 S KIRKWOOD RD
         Locator Number:                 25M41-0156
         Application description . . .   COMM ALTERATIONS

         Permit  . . . . . . .  BUILDING PERMIT

         Additional desc . .
------------------------------------------------------------------------------
                              Required Inspections

                     Insp
     Seq             Code   Description                  Initials        Date
------------------------------------------------------------------------------

      10              101   101 FOOTING
      20              102   102 FOUNDATION
      30              103   103 FRAMING                    ____          __/__/__
      40              199   199 BUILDING FINAL
```

Electronically Filed - St Louis County - January 03, 2017 - 04:31 PM

```
CITY OF KIRKWOOD - DEPARTMENT OF PUBLIC SERVICES
BUILDING COMMISSIONER'S OFFICE
139 S. KIRKWOOD ROAD    KIRKWOOD, MISSOURI  63122
FAX: 314-822-5898       PHONE: 314-822-5823
BUILDING PERMIT
------------------------------------------------------------------
   Application Number . . . . . 16-00002477        Date: 10/15/15
   Application pin number . . . 108394
   Property Address . . . . . . 1311 S KIRKWOOD RD
   Locator Number:             25M41-0156
   Application type description COMM ALTERATIONS
   Application valuation . . . .   170000
------------------------------------------------------------------
   Application desc
     baseball dugouts, storage rooms, visitor dugout
------------------------------------------------------------------

   Owner                              Contractor
   ----------------------             -----------------------
   CHAMINADE COLLEGE SOCIETY OF M     ATG SPORTS INDUSTRIES, INC
   1201 S KIRKWOOD RD                 317 E COMMERCE ST
   ST LOUIS          MO 63122         ANDOVER           KS 67002
                                      (316) 682-3997
------------------------------------------------------------------
   Permit . . . . . . BUILDING PERMIT
   Additional desc .
   Permit Fee . . . .   1274.00     Plan Check Fee . .       .00
   Issue Date . . .    10/15/15     Valuation . . . .     170000
   Expiration Date .    4/12/16

       Qty   Unit Charge  Per                           Extension
                               BASE FEE                   1274.00
------------------------------------------------------------------
   Special Notes and Comments
    WORK DESC
    1) Per section 1028.1.1 of the International Fire Code for
    Bleachers. It staates that these shall comply with ICC 300
    2) Fire Marshal to be contatced for Finall 314-822-5884
------------------------------------------------------------------
   Other Fees . . . . . . . .   PROCESSING FEE            25.00
------------------------------------------------------------------
   Fee summary       Charged       Paid     Credited       Due
   -----------      --------   --------    ---------   --------
   Permit Fee Total  1274.00    1274.00         .00        .00
   Plan Check Total     .00         .00         .00        .00
   Other Fee Total    25.00       25.00         .00        .00
   Grand Total       1299.00    1299.00         .00        .00




------------------------------------------------------------------
   NOTICE: Permit is void if first inspection is not requested
   within 180 days or work is suspended for 180 days.
   Applicant is responsible for obtaining all inspections.
   No electrical, plumbing or mechanical inspections will be
   scheduled until permit is signed by licensed subcontractors.
```

Electronically Filed - St Louis County - January 03, 2017 - 04:31 PM