

WHERE COMMUNITY AND SPIRIT MEET

February 11, 2016

St. John Vianney High School
Attn: Michael Loyett
1311 South Kirkwood Road
Kirkwood, MO 63122

SUBJECT:   CITY OF KIRKWOOD SITE PLAN REVIEW (PZ-06-16)
           ST. JOHN VIANNEY, 1311 SOUTH KIRKWOOD ROAD

Dear Mr. Loyett:

    This correspondence is to confirm and remind you that the improvement to the baseball field is subject to site plan review (PZ-06-16). Accordingly, Vianney High School is not permitted to use the lights or the audio system, except for testing purposes, until the site plan review process has been fully completed. In that regard, Vianney High School must submit a landscape plan detailing the landscaping that will be installed on the site, together with an updated lighting analysis that will provide the illumination levels extending beyond the property lines following the installation of landscaping and any other means that can be used to satisfy the illumination levels, as set forth in Section A-1040 of the Kirkwood Zoning Code.

    The City Planner and I would like to meet with your lighting consultant and landscape architect to address the pending issues. Please provide us with convenient dates and times for such a meeting.

Sincerely,

CITY OF KIRKWOOD

William E. Bensing Jr.
Public Services Director
bensinwe@kirkwoodmo.org
(314) 822-5846

C:   Russell Hawes, Chief Administrative Officer
     Ryan Spencer, City Planner
     John Hessel, City Attorney