

**WHERE COMMUNITY AND SPIRIT MEET**

March 22, 2016

St. John Vianney High School
Attn: Michael Loyett
1311 S Kirkwood Road
Kirkwood, MO 63122

Re: City of Kirkwood Site Plan Review (PZ-06-16)

Dear Mr. Loyett:

Per our conversation on March 16, 2016 as to the City's letter dated February 25, 2016, concerning the use of Vianney's baseball field audio system. The City of Kirkwood acknowledges that Vianney is allowed to use the audio system within the limits of Section 17-36 *Disturbing Noises Prohibited* and Section 17-37 *Conduct Constituting Disturbing Noises*.

Accordingly, we caution you about the volume levels used on the audio systems and encourage you to carefully monitor the noise level to avoid complaints from surrounding neighbors. It should be noted that the use of such audio systems is not under the purview of the City's Planning and Zoning Commission as part of the site plan review process.

Sincerely,

CITY OF KIRKWOOD

William E. Bensing Jr.
Public Services Director
bensinwe@kirkwoodmo.org

cc: Russel Hawes, Chief Administrative Officer
    Ryan Spencer, City Planner
    Jack Plummer, Police Chief
    John Hessel, City Attorney