

Stephen L. Kling, Jr
Email: skling@jenkinskling.com

JENKINS & KLING, P.C.
ATTORNEYS AT LAW

Admitted to Practice in
Missouri

October 18, 2016

Board of Adjustment
City of Kirkwood
139 South Kirkwood Road
Kirkwood, Missouri 63122

RE:   *St. John Vianney High School Variance Request Submitted October 6, 2016*

Dear Members of the Board of Adjustment:

This firm and the undersigned represent St. John Vianney High School. Enclosed herein please find twelve (12) copies of a **revised** lighting plan to be substituted for the previously submitted lighting plan. After significant analysis and study, Musco Lighting has designed a new plan that is far superior to the prior plan and has enough illumination to be used in accordance with applicable guidelines and regulations. Some features of the new plan are:

1. Only 56 of the 66 lights will be needed to be on at one time;

2. There are only 3 properties which are impacted by more than 0.1 footcandles at the property lines;

3. Vianney is advised that 2 of the 3 affected property owners do not object to the lights and Vianney anticipates providing confirmation at the hearing in connection with their presentation of evidence;

4. The impact levels for the 3 properties have all been reduced dramatically so that now the highest reading of the 3 properties is .2, .9, and 1.3, respectively, and in most cases that highest number affects only a portion of the property line.

Please substitute this new plan as mentioned above and advise of the anticipated hearing date on Vianney's variance request at your earliest convenience.

Sincerely,

JENKINS & KLING, P.C.

By: _____
Stephen L. Kling, Jr.

SLK/ec
Enclosures

cc w/enc:   John M. Hessel, Esq.

**EXHIBIT "13"**



































