





## EQUIPMENT LIST FOR AREAS SHOWN

| QTY | Pole | | | Luminaires | | | |
|---|---|---|---|---|---|---|---|
| | LOCATION | SIZE | GRADE ELEVATION | MOUNTING HEIGHT | LAMP TYPE | QTY / POLE | THIS GRID | OTHER GRIDS |
| 2 | A1-A2 | 70' | 4' | 74' | 1500W MZ | 7 | 7 | 3 |
| 1 | B1 | 80' | 4' | 84' | 1500W MZ | 16 | 13 | 4 |
| 1 | B2 | 80' | - | 80' | 1500W MZ | 16 | 12 | 4 |
| 1 | C1 | 70' | - | 70' | 1500W MZ | 10 | 9 | 1 |
| 1 | C2 | 70' | - | 70' | 1500W MZ | 10 | 8 | 2 |
| 6 | TOTALS | | | | | 66 | 56 | 10 |

SCALE IN FEET 1 : 200
0'  200'  400'

Pole location(s) ⊕ dimensions are relative to 0,0 reference point(s) ⊗

### MY PROJECT
Name: Saint John Vianney High School Baseball
Location: Saint Louis, MO

### GRID SUMMARY
Name: Parcel 3
Spacing: 30.0'
Height: -0.9' above grade

### CONSTANT ILLUMINATION
SUMMARY | HORIZONTAL FOOTCANDLES
Entire Grid
**Scan Average:** 0.041
Maximum: 0.07
Minimum: 0.02
No. of Points: 12

LUMINAIRE INFORMATION
Luminaire Type: Green Generation
Design Usage Hours: 5,000 hours
Design Lumens: 134,000
Avg Lamp Tilt Factor: 1.000
No. of Luminaires: 56
Avg KW: 87.58 (95.2 max)

**Guaranteed Performance:** The CONSTANT ILLUMINATION described above is guaranteed for the design usage hours of the system.

**Field Measurements:** Illumination measured in accordance with IESNA RP-6-15 and CIBSE LG4. Individual values may vary. See the Warranty document for details.

**Electrical System Requirements:** Refer to Amperage Draw Chart and/or the "**Musco Control System Summary**" for electrical sizing.

**Installation Requirements:** Results assume +/- 3% nominal voltage at line side of the ballast and structures located within 3 feet (1m) of design locations.

### ENGINEERED DESIGN
By: **Justin Van Soelen**
File # / Date: 171842-D-prod-spillR3    28-Nov-16

Not to be reproduced in whole or part without the written consent of Musco Sports Lighting, LLC. ©1981, 2016 Musco Sports Lighting, LLC.

## ILLUMINATION SUMMARY

Electronically Filed - St Louis County - January 03, 2017 - 05:13 PM









Electronically Filed - St Louis County - January 03, 2017 - 05:13 PM

















SCALE IN FEET 1 : 100
0'   100'   200'

Pole location(s) ⊕ dimensions are relative to 0,0 reference point(s) ⊗

A1  50'
B1  177'  47'
A2  50'  60'
B2  178'  47'
C1  118'  324'
C2  118'  308'

Baseball
Irregular

ENGINEERED DESIGN
By: Justin Van Soelen
File # / Date: 171842-D-prod-spillR3   28-Nov-16

Not to be reproduced in whole or part without the written consent of Musco Sports Lighting, LLC. ©1981, 2016 Musco Sports Lighting, LLC.

## MY PROJECT
Name: Saint John Vianney High School Baseball
Location: Saint Louis, MO

## EQUIPMENT LAYOUT

### INCLUDES:
- Baseball

**Electrical System Requirements:** Refer to Amperage Draw Chart and/or the "Musco Control System Summary" for electrical sizing.

**Installation Requirements:** Results assume +/- 3% nominal voltage at line side of the ballast and structures located within 3 feet (1m) of design locations.

### EQUIPMENT LIST FOR AREAS SHOWN

| QTY | Pole LOCATION | SIZE | GRADE ELEVATION | Luminaires MOUNTING HEIGHT | LAMP TYPE | QTY/POLE |
|---|---|---|---|---|---|---|
| 2 | A1-A2 | 70' | 4' | 74' | 1500W MZ | 7 |
| 1 | B1 | 80' | 4' | 84' | 1500W MZ | 16 |
| 2 | B2 | 80' | - | 80' | 1500W MZ | 15 |
| 1 | C1-C2 | 70' | - | 70' | 1500W MZ | 10 |
| 6 | TOTALS | | | | | 66 |

### SINGLE LUMINAIRE AMPERAGE DRAW CHART
**Ballast Specifications** (.90 min power factor)
Line Amperage Per Luminaire (max draw)

| Single Phase Voltage | 208 (60) | 220 (60) | 240 (60) | 277 (60) | 347 (60) | 380 (60) | 480 (60) |
|---|---|---|---|---|---|---|---|
| 1500 watt MZ | 8.6 | 8.3 | 7.5 | 6.5 | 5.1 | 4.7 | 3.7 |

MUSCO
Sports Lighting

EQUIPMENT LAYOUT

Electronically Filed - St Louis County - January 03, 2017 - 05:13 PM