UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MARIANIST PROVINCE OF THE UNITED )
STATES, et al., )
)
          Plaintiffs, )
)
          v. )   Case No. 4:17-cv-805 RLW
)
CITY OF KIRKWOOD, et al, )
)
          Defendants. )

### ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT

Complete one option and file this report with the Clerk's Office:

---

### Option 1

☐ An ADR conference has been held. The neutral elects to extend the deadline for completing ADR for ____ days [not to exceed fourteen additional days] and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____.

---

### Option 2

In accordance with the Court's Order Referring Case to ADR,

☒     A final ADR conference was held on:____**October 19, 2017**_____.

☒     All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference, and each possessed the requisite settlement authority;

☐     The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered:
_____.
_____

The ADR referral was concluded on **December 1, 2017** and the parties [☐ did ☒ did not] achieve a settlement.

---

### Option 3

☐     Although this case was referred to ADR, a conference WAS NOT HELD.

December 19, 2017                            _/s/ Rachael P. Shu_____
Date                                              Neutral