UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Chambers Minute Sheet

Date __5/23/18__  Judge __Ronnie White__  Case No. __4:17CV805__

__Marianist Province et al.__ v. __City of Kirkwood et al__

Court Reporter _____ Deputy Clerk _____

Attorneys for Plaintiff __Sally Sinclair, Mike Stephens, Dan Dalton__

Attorneys for Defendant __Sarah Milunski, John Hessel__

☐ Sealed Proceeding

### Criminal

☐ Initial Appearance
☐ Bond Review
☐ Motion Hearing
☐ Status Conference
☐ Refusal of a Search Warrant
☐ Ex Parte Orders (not captured elsewhere)
☐ _____

### Civil

☐ Rule 16 Conference
☐ Non-Final Pretrial Conference
☒ Status Conference
☐ Motion Hearing
☐ Settlement Conference
☐ Final Pretrial Conference
☐ Instruction Conference
☐ Telephone Conference
☐ Settlement Conference

Parties present for _____

_____

_____

_____

_____

RULING:   GRANTED _____;  DENIED _____;  OTHER _____

Proceeding commenced __3:18 pm__   Proceeding concluded __4:00 pm__

Next hearing date/time _____   Type of hearing _____