# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

MARIANIST PROVINCE OF THE UNITED STATES, et al.,

    Plaintiffs

v.

CITY OF KIRKWOOD, et al.,

    Defendant.

)
)
)
)
)
)
)
)

Case No. 4:17-cv-805-RLU

Hon. Ronnie L. White

## VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, Noel W. Sterett, move to be admitted *pro hac vice* to the bar of this court for the purpose of representing Plaintiffs in this matter. In support of this motion, I submit the following information as required by Rule 12.01(E):

1. Full name of the movant-attorney: Noel W. Sterett

2. Name of the firm or letter head under which the movant practices. Include the address, telephone number and fax number of the firm:

    Dalton & Tomich PLC
    The Chrysler House
    719 Griswold, Suite 270
    Detroit, MI 48226
    General Tele: (313) 859-6000
    Direct Dial: (815) 986-8050
    Fax: (313) 869-8888

3. E-mail address for movant: nsterett@daltontomich.com

4. Name of the law school movant attend and the date of graduation therefrom:

    i. Regent University School of Law, December 2006

5. Bars, state and federal, of which the movant is a member, with dates of admission and registration numbers, if any; Jurisdiction Yr. Admitted Reg. Number:

   a. United States Supreme Court:

      i. January 8, 2018 – Clerk, Supreme Court of the U.S., ATTN: Admissions Office, One First Street, NE, Washington, DC 20543

      ii.

   b. United States Court of Appeals:

      i. 7th Circuit Court of Appeals (IL): admitted 2012 Office of the Clerk, U.S. Court of Appeals for the Seventh Circuit, Dirksen Federal Building, Chicago, IL 60604

      ii.

   c. United States District Courts

      i. United States District Court, Northern District of Illinois: admitted, June 21, 2007; Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60606

      ii.

      iii. United States District Court, Central District of Illinois: admitted, March 12 2018 – Clerk, U.S. District Court, 399 Federal Building, 110 Michigan St., N.W., Grand Rapids, MI 49503

      iv.

      v. United States District Court, Eastern District of Wisconsin, admitted, 2012; United States District Courthouse, 517 East Wisconsin Ave. Room 362, Milwaukee, Wisconsin 53502

      vi.

   d. State Court

      Illinois Supreme Court and all Illinois state courts: admitted May 10, 2007

6. Movant hereby verifies that he is a member in good standing in all bars in which he is a member; the movant is not under suspension or disbarment from any bar; the movant has attached to this motion a certificate of good standing from the highest court of the state in which the movant resides or is regularly employed as an attorney.

7. Movant does not reside in the Eastern District of Missouri, is not regularly employed in this district, and is not regularly engaged in the practice of law in this district.

8. Movant attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that the movant be admitted *pro hac vice* to the bar of the court to appear in the instant matter.

2

I, Noel W. Sterett, being first duly sworn, upon oath state that the representations made in this petition is true and attest that I have personal knowledge of the same and if asked to testify, will affirm the same as true and correct.

Executed this 5th Day of June, 2018

_____
Noel W. Sterett
Illinois Bar No. 6292008
Dalton & Tomich, PLC
The Chrysler House
719 Griswold Street, Suite 270
Detroit, Michigan 48226
815-986-8050
nsterett@daltontomich.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2018 the foregoing **Verified Motion for Admission Pro Hac Vice** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/ *Noel W. Sterett*
Noel W. Sterett