UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARIANIST PROVINCE OF THE UNITED STATES and ST. JOHN VIANNEY HIGH SCHOOL, INC., | )<br>)<br>) |
| Plaintiffs, | ) No. 4:17-CV-805 RLW |
| v. | ) |
| CITY OF KIRKWOOD, | ) |
| Defendant, | ) |
| and | ) |
| BOARD OF ADJUSTMENT OF THE CITY OF KIRKWOOD, | ) |
| Respondent. | ) |

## JUDGMENT

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Plaintiffs' Motion for Partial Summary Judgment Pursuant to Fed. R.Civ. P. 56(C) (ECF No. 58) is **DENIED** and Defendants' Cross-Motion for Partial Summary Judgment (ECF No. 72) is **GRANTED.**  The Court **AFFIRMS** the order and judgment of the Board of Adjustment denying the variance.  Plaintiffs' claims are **DISMISSED** with prejudice.

Dated this 7th day of September, 2018.

*/s/ Ronnie L. White*
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE